COPE, J.
(concurring).
The referee ruled that the employee voluntarily quit his employment. I agree that the only competent evidence is that the employee was fired.
The referee’s order contains a finding, mentioned in the majority opinion, that the owner (who was not present at the time of the discharge) spoke with the employee on a subsequent day and told the claimant to come back to work. There may be an issue whether, under the circumstances, the employee was required to accept what amounted to an offer of reemployment. See Shapiro v. Unemployment Appeals Comm’n, 745 So.2d 548 (Fla. 4th DCA 1999); Hill v. Unemployment Appeals Comm’n, 686 So.2d 658 (Fla. 5th DCA 1996). However, that issue has not been raised or briefed in this case.